**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| **FL-7, INC.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**NGM INSURANCE COMPANY,**<br><br>    Defendant. | Case No. 2:24-cv-00011-SPC-NPM |

**JOINT NOTICE OF SETTLEMENT**

COME NOW the Plaintiff, FL-7, Inc., and the Defendant, NGM Insurance Company, by and through the undersigned counsel, hereby file this Joint Notice of Settlement to advise the Court that the parties met, conferred, and arrived at a mutually agreeable resolution of all claims contained within the pleadings. The Parties respectfully request the Court enter a sixty (60) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected.

Dated: August 29, 2024.

                                              Respectfully Submitted,

                                              */s/ John A. Unzicker, Jr.*
                                              Zareen Zaidi
                                              Florida Bar No. 1041187
                                              John A. Unzicker, Jr.
                                              Florida Bar No. 320366
                                              **NIELSEN & TREAS, LLC**

        3838 North Causeway Blvd., Suite 2850
        Metairie, Louisiana 70002
        P: 504-837-2500; F: 504-603-0730
        junzicker@nt-lawfirm.com
        zzaidi@nt-lawfirm.com
        ***Counsel for Defendant***

        And

        */s/ Terry B. Cramer, III*
        Terry B. Cramer, III
        Florida Bar No. 99360
        **WILBUR SMITH, LLC**
        2200 Broadway, 3rd Floor
        Fort Myers, Florida 33901
        P: (239) 334-7696
        F: (239) 334-3669
        terry@wilbursmith.law
        civilpleadings@wilbursmith.law
        ***Counsel for Plaintiff***